AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [✓] COMPLAINT [ ] INFORMATION [ ] INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT, RHODE ISLAND (PROVIDENCE)

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
[✓] U.S. Att'y [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PETER F. NERONHA

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ATF

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y [ ] Defense

SHOW DOCKET NO.

[ ] this is prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: CRANSTON, RI

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[✓] Felony

## DEFENDANT – U.S. vs.

KHEK CHOUMMALAITHONG

Address

Birth Date

REDACTED

Social Secu

IS NOT I
1) [ ] H
If
su

2) [ ] Is
3) [ ] Is

**IS IN CUSTODY**
4) [✓] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges
} [✓] Fed'l [ ] State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No } If "Yes" give date filed

**DATE OF ARREST** ▶ 4/26/07

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

[ ] This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

COUNT 1 - CONSPIRACY TO OBSTRUCT, DELAY AND AFFECT COMMERCE BY ROBBERY (18 U.S.C. SECTION 1951)

MAX PENALTIES: 20 YRS IMPRISONMENT, 3 YEARS SUPERVISED RELEASE, $250,000 FINE

COUNT 2 - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE (21 U.S.C. SECTIONS 841(a), (b)(1)(B), and 846)

MAX PENALTIES: 40 YEARS IMPRISONMENT (FIVE YEAR MANDATORY MINIMUM), 4 YEARS SUPERVISED RELEASE, $2,000,000 FINE

COUNT 3 - POSSESSION OF A FIREARM HAVING BEEN PREVIOUSLY CONVICTED OF A FELONY (18 U.S.C. SECTION 922(g)(1))

MAX PENALTIES: 10 YEARS IMPRISONMENT, 3 YEARS SUPERVISED RELEASE, $250,000 FINE

Anticipated Trial Days: 2-3 days

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)