AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES
v.
Khek Chommalaithong

APPEARANCE

CASE NUMBER: 07 MJ 44A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Khek Chommalaithong

I certify that I am admitted to practice in this court.

4/27/07
*Date*

[signature]
*Signature*

Scott A Lutes
*Print Name*

3502
*Bar Number*

ONE TURKS HEAD PLACE, SUITE 1440
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

861-1142
*Phone Number*

861-1141
*Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.