AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
Khek Chammalaithong

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 07 MJ 44A

I, Khek Chammalaithong, charged in a ☒ complaint ☐ petition pending in this District with Conspiracy to Rob, Conspiracy to Possess Cocaine 7 500grams, possession of a firearm in violation of Title 18 USC 1951, [redacted], 18 USC 922(g); U.S.C., 21 USC 841, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

Defendant

5/1/07
Date

Counsel for Defendant