**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. No. 1:07-M-44A** |
| | : | |
| | : | |
| **KHEK CHOUMMALAITHONG** | : | |
| | : | |

**JOINT MOTION TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, and defendant Khek Choummalaithong, by and through his attorney, Scott A. Lutes, Esq., move the Court to exclude the period August 16, 2007 through September 13, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this joint motion, the government and the defendant state as follows:

On June 29, 2007, the Court issued an order excluding the period July 4, 2007 through August 15, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b), so as to permit the parties to continue to engage in plea negotiations. The government and the defendant are currently engaged in plea negotiations, which may lead to the prompt resolution of the

charges filed by complaint in this matter, thereby conserving judicial resources. These plea negotiations, however, are not yet complete, because, *inter alia*, defense counsel is still in the process of reviewing and evaluating the voluminous recordings made in connection with this case, and discussing those recordings and their implications with the defendant. Furthermore, Robert Mann, Esq., newly appointed counsel for Vixay Phommarath, a defendant in closely related case (CR. No. 1:07-M-43A), has filed a motion requesting that a short period of additional time be excluded from the Speedy Trial Clock. It is highly likely that Mr. Phommarath and the defendant will ultimately be charged together by indictment or information, and thus the interests of judicial economy dictate that this case be kept on the same time track as the case involving Mr. Phommarath. The parties therefore request that a short period of additional time, August 16, 2007 through September 13, 2007, be excluded from the time by which the defendant must be charged by information or indictment, so that the possibility of a plea may be fully explored and judicial resources potentially conserved.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

Respectfully submitted,

KHEK CHOUMMALAITHONG,

By his Attorney,

/s/ Scott A. Lutes__
SCOTT A. LUTES, ESQ.
RI Bar No. 3502
One Turks Head Building,
Suite 1440
Providence, RI 02903

Tele: (401) 861-1142
FAX: (401) 861-1141

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.

Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: August 10, 2007