**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**V. : Cr. No. 1:07-MJ-44A**

**KHEK CHOUMMALAITHONG**

**MOTION TO EXCLUDE CERTAIN TIME**

**UNDER THE SPEEDY TRIAL ACT**

Now comes the Defendant, Khek Choummalaithong, by and through his attorney, and hereby moves this Honorable Court to exclude the period September 14, 2007 though October 4, 2007, from the thirty (30) day period within which an Information or Indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this motion, the defendant states as follows:

The government and the defendant are currently engaged in plea negotiations which may lead to the resolution of these charges filed by complaint in this matter, thereby conserving judicial resources. The issues in this case are potentially complex and the ramifications for the defendant are significant.

This Court has previously excluded time in this matter in order to allow the Government and the defense to continue to engage in plea negotiations.

The defense therefore requests a short period of additional time, September 14, 2007 through October 4, 2007, be excluded from the time by which the defendant must be charged by information or indictment, so that the possibility of a plea may be fully explored and judicial resources potentially conserved.

The Government has advised defense counsel that it has no objection to this request.

WHEREFORE, the defense respectfully submits that the interests of justice will be served by excluding the aforementioned time period and the ends of justice outweigh the interest of the defendant and public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

KHEK CHOUMMALAITHONG,

By his attorney,

/s/ Scott A. Lutes

Scott A. Lutes, R.I. Bar # 3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

scottluteslaw@yahoo.om

Dated: September 14, 2007

**CERTIFICATION**

I hereby certify that I caused the within document to be sent via electronic means (ECF) to Peter F. Neronha, AUSA, on this the 14th day of September, 2007.

/s/ Scott A. Lutes_______________

Scott A. Lutes, R.I. Bar #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

scottluteslaw@yahoo.com