IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR07-130S |
| v. | : | In violation of 18 U.S.C. §§ 1951, 924(c) & 922(g)(1) |
| KHEK CHOUMMALAITHONG | : | |

FILED
OCT 9 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about April 26, 2007, in the District of Rhode Island, the defendant, KHEK CHOUMMALAITHONG, did unlawfully, knowingly and willfully conspire and agree with Souvanh Keosouvanh, Vixay Phommarath and Nheat Nihm to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1).

All in violation of Title 18, United States Code, Section 1951.

COUNT 2

On or about April 26, 2007, in the District of Rhode Island, the defendant, KHEK CHOUMMALAITHONG, did knowingly possess a firearm, to wit:, a Luigi Franchi, model SPAS-12, 12 gauge semi-automatic shotgun, serial number AA20064, in furtherance of a

crime of violence, to wit: conspiracy to obstruct, delay and affect commerce by robbery, in violation of Title 18, United States Code, Section 1951.

All in violation of Title 18, United States Code, Section 924(c).

COUNT 3

On or about April 26, 2007, in the District of Rhode Island, the defendant, KHEK CHOUMMALAITHONG, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Luigi Franchi, model SPAS-12, 12 gauge semi-automatic shotgun, serial number AA20064.

All in violation of Title 18, United States Code, Section 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 10/9/07