CR 07-130S

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

**DEFENDANT – U.S. VS.**

KHEK CHOUMMALAITHONG

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT, RHODE ISLAND (PROVIDENCE)

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PETER F. NERONHA

REDACTED

Alien
applicable)

S(

g

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:07-M-044A

IS IN CUSTODY

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 4/26/07

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Place of offense: CRANSTON, RI

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

COUNT 1 - CONSPIRACY TO OBSTRUCT, DELAY AND AFFECT COMMERCE BY ROBBERY (18 U.S.C. SECTION 1951)

MAX PENALTIES: 20 YRS IMPRISONMENT, $250,000 FINE, 3 YRS SUPERVISED RELEASE, $100 MANDATORY SPECIAL ASSESSMENT

COUNT 2 - POSSESSION OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE (18 U.S.C. SECTION 924(c))

MAX PENALTIES: 5 YRS TO LIFE IMPRISONMENT, $250,000 FINE, 3 YRS SUPERVISED RELEASE, $100 MANDATORY SPECIAL ASSESSMENT

COUNT 3 - POSSESSION OF A FIREARM HAVING BEEN PREVIOUSLY CONVICTED OF A FELONY (18 U.S.C. SECTION 922(g)(1))

MAX PENALTIES: 10 YRS IMPRISONMENT, $250,000 FINE, 3 YRS SUPERVISED RELEASE, $100 MANDATORY SPECIAL ASSESSMENT

Anticipated Trial Days: 2-3 days

NOTE: This case, U.S. v. Khek Choummalaithong,may, within the meaning of Local Rule 105(a)(2), be related. to the cases entitled U.S. v. Vixay Phommarath, CR. 07-128ML and U.S. v. Nheat Nhim, CR. 07-126S,

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)