O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
OCT 09 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
KHEK CHOUMMALAITHONG

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-130 S

I, Khek Choummalaithong, the above named defendant, who is accused of

conspiracy to obstruct, delay and affect commerce by robbery, in violation of 18 U.S.C. § 1951, possession of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c), and possession of a firearm having been previously convicted of a felony, in violation of 18 U.S.C. § 922(g)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 18, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ