**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**V. : Cr. No. 07-130-01S**

**KHEK CHOUMMALAITHONG**

**FOURTH UNOPPOSED MOTION TO POSTPONE SENTENCING**

Now comes the Defendant, Khek Choummalaithong, by and through his attorney, and hereby moves this Honorable Court to postpone the sentencing currently scheduled for September 12, 2008. In support of this motion, defense counsel avers that he has spoken with the U.S. Attorney handling this matter who has indicated he has no objection to this request.

The purpose of this request for postponement is to allow additional time for defense counsel to obtain a decision on a state court Post Conviction Relief petition attacking the validity of one of defendant's prior convictions. The success of this state court petition would render the defendant not susceptible to the career offender enhancement and would drastically affect the prospective sentence he might receive. Counsel has spoken with the State Assistant Attorney General handling the matter who has agreed to help expedite a hearing and decision in this case.

Defendant respectfully requests a postponement of sixty (60) days.

WHEREFORE, the defense respectfully submits that the interests of justice will be served by postponing the sentencing of this matter for sixty (60) days.

KHEK CHOUMMALAITHONG,
By his attorney,

/s/ Scott A. Lutes____________

Scott A. Lutes, R.I. Bar # 3502
One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 861-1141
scottluteslaw@yahoo.om

Dated: September 10, 2008

**CERTIFICATION**

I hereby certify that I caused the within document to be sent via electronic means (ECF) to Peter F. Neronha, AUSA, on this the 10th day of September, 2008.

/s/ Scott A. Lutes______________

Scott A. Lutes, R.I. Bar #3502
One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 861-1141
scottluteslaw@yahoo.com